IN   UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE   DIVISION

JOHNNIE N. PERRY                                        Case no;
                PLAINTIFF
      VS.

SHAHID KHAN   President
OF THE JACKSONVILLE JAGUARS              8:12-CV-543-J-99TJC-TEm
NATIONAL FOOT LEAGUE   N.F.L
NATIONAL FOOTBALL LEAGUE
ROGER GOODELL   COMMISSIONER
OF N.F.L

                DEFENDANTS

_____

                PATENT AND COPRIGHT INFRINGEMENT
                _____
                ON THE NEW THREE POINT STANDS

THE PLAINTIFF FILE THIS LAWSUIT PATENT AND COPRIGHT INFRINGEMENTU ONTHE
DEFENDANTS   AT 1 EVER BANK FIEL   JACKSONVILLE FLORIDA   32202   280 park
AVE   NY.NY   10017

1. IN 1996 THE THREE POINT STANDS WAS INVENTION THE PALINTIFF INVENTION THE
   THREE POINT STANDS AND ASK THE DEFENDANTS TO BY ONE A THREE POINT STANDS
   AND HANDDELEVER TO THE N.F.L KICKER AND THE TEAM.

2. THE PLAINTIFF HAVE ALL COPRIGHT OF THE THREE STANDS POINT IN 1996 ON DEF_E
   ENDANTS HAVE ASK THE PALINTIFF TO MAKE OR USE THE THREE POINT STANDS.
   THE DEFENDANTS AND N.F.L MAD AND USE THE PLAINTIFF INVENTION FORM 1996TO NOW.

3. UPON FINDING FOR THE PLANTTIFF THE COURT SHALL AWARD THE PLAINTIFF DAMGES
   ADQUATE TO COMPENSATE FOR THE INFRINGEMENT BUT IN NO EVEN LESS THAN A
   REASONABSE ROYALTY FOR THE USE MADE OF THE INVENTION THE INFRINGEMENT
   TOGETHER WITH TOGETHER WITH INTEREST AND COSTS AS FIXED BY THE COURT
   5.000.000.million.

                                        _____
                                        JOHNNIE N. PERRY

                                        1152   E.   21 st.   $
      04-23-2012                        JACKSONVILLE FLORIDA
                                                  32206
      05-02-2012                        ---------------------
                                        (904) 651-3405

CERTIFICATE   OF   SERVICE


I   CERTIFY THAT THE ATTACHED DOCUMENT (S) WAS (WERE) SENT BY
REGULAR MAIL, UNLESS OTHERWISE INDICATED BELOW, THIS DAY TO EACH
OF THE FOLLOWING:



SHAHID KHAN   PRESIDENT
1 ever BANKS
JACKSONVILLE FL. 32202


ROGER GOODELL   COMMISSIONER
N.F.L
     280 PARK AVE.
NEW   NY NY. 10017



JOHNNIE N. PERRY
1152 e. 21 st.
JACKSONVILLE FL 32206
(904) 651-3405

04-23-2012

05-02-2012

